No. 75–46. ROUNDHOUSE CONSTRUCTION CORP. *v.* TELESCO MASONS SUPPLIES Co. ET AL. Sup. Ct. Conn. Certiorari granted, judgment vacated, and case remanded

to consider whether judgment is based upon federal or state constitutional grounds, or both. See *California* v. *Krivda,* 409 U. S. 33 (1972).